3:24-ms-00005

# Robertson, Johnson, Miller & Williamson

ATTORNEYS AND COUNSELORS AT LAW

G. DAVID ROBERTSON (NV & CA)
KIRK C. JOHNSON (NV, AZ & CO)
JARRAD C. MILLER (NV & CA)
RICHARD D. WILLIAMSON (NV & CA)
ANTHONY G. ARGER (NV & CA)
SAMANTHA J. REVIGLIO (NV)
BRIANA N. COLLINGS (NV & CA)
EVAN J. CHAMPA (NV)

Of Counsel ROSS E. DE LIPKAU (NV)

50 W. LIBERTY ST. SUITE 600
RENO, NEVADA 89501
TELEPHONE: (775) 329-5600
FACSIMILE: (775) 348-8300
www.nvlawyers.com

LAS VEGAS OFFICE:
HUGHES CENTER
3753 HOWARD HUGHES PARKWAY
SUITE 200
LAS VEGAS, NEVADA 89169
TELEPHONE: (702) 483-5800

REPLY TO: RENO OFFICE

May 16, 2024

✓ FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

MAY 16 2024

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

**VIA U.S. MAIL**
U.S. District Court
Office of the Clerk
400 South Virginia Street, Room #301
Reno, NV 89501

   Re:   *Discover Growth Fund, LLC v. Clickstream Corporation /
         Case No.: 9:23-cv-81006-RLR /Filing Foreign Judgment*

Dear Clerk:

   Enclosed you will find a law firm check payable to Clerk, U.S. District Court in the amount of $52.00 representing the fee for filing a foreign judgment in Discover Growth Fund, LLC v. Clickstream Corporation, Case No. 9:23-cv-81006-RLR.

   Please do not hesitate to contact Briana Collings, Esq. with any questions. She is available at the number above as well as via email at briana@nvlawyers.com. Thank you for your cooperation.

                              Sincerely,

                              ROBERTSON, JOHNSON,
                              MILLER & WILLIAMSON

                              Alexandra Fleming,
                              Legal Secretary to
                              Briana N. Collings, Esq.

Encl.